People v Leflore (2025 NY Slip Op 03514)

People v Leflore

2025 NY Slip Op 03514

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025

PRESENT: LINDLEY, J.P., BANNISTER, MONTOUR, DELCONTE, AND KEANE, JJ. (Filed June 6, 2025.) 

MOTION NO. (417/03) KA 01-01972.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
SAMUEL LEFLORE, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.